DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD SHANE MILLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2795

[July 7, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael Heisey, Judge; L.T. Case No. 472018CF000730A.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See Anderson v. State*, 229 So. 3d 383 (Fla. 4th DCA 2017).

GROSS, MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***